**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Taryn Cobbs v. Transunion LLC          Case Number: 1:26-cv-8701

An appearance is hereby filed by the undersigned as attorney for:
Trans Union LLC

Attorney name (type or print):  Hope Blankenberger

Firm:    Quilling, Selander, Lownds, Winslett & Moser, P.C.

Street address:          10333 N. Meridian St., Suite 200

City/State/Zip:    Indianapolis, IN 46290

Bar ID Number:  3813349          Telephone Number:    317-497-5600, Ext. 614

Email Address: hblankenberger@qslwm.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you a member of the court's general bar? | ☒ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☒ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ☒ No |

If this is a criminal case, check your status.          ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on July 22, 2026

Attorney signature:    /s/ Hope Blankenberger
                                    (Use electronic signature if the appearance form is filed electronically.)

Revised  7/19/2023